IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00102-01-CR-W-DW |
| | ) | |
| LARRY RICK MIKAWA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation. Doc. 41. No party has filed a timely objection to the Report and Recommendation. After an independent review of the record, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 41) be attached to and made a part of this Order; it is further

ORDERED that the Court finds Defendant Larry Rick Mikawa competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.


Date:   September 11, 2012                             /s/ Dean Whipple
                                                            Dean Whipple
                                                   United States District Judge